IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| BOBBY FRANKLIN MYERS, JR. & BARBARA ANN MYERS, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC, <br><br> Defendant. | CASE NO. 4:15-cv-00960-SGC |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate and announce to this Honorable Court that an amicable settlement has been reached by and between Plaintiffs, Bobby Franklin Myers, Jr. and Barbara Ann Myers, and Defendant, Nationstar Mortgage, LLC. Therefore, it is hereby:

**STIPULATED AND AGREED,** by and between Bobby Franklin Myers, Jr. and Barbara Ann Myers and Nationstar Mortgage, LLC, and counsel hereto, that this Action, including any and all amendments, counterclaims, and cross-claims filed herein, shall be dismissed with prejudice. Each party agrees to bear its own costs and attorney's fees.

Respectfully and jointly submitted this 24th day of November, 2015.

/s/ John Watts
John G. Watts, Esq.
M. Stan Herring, Esq.
WATTS & HERRING, LLC.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Phone: 205-879-2447
Fax: 888-522-7167
john@wattsherring.com
stan@wattsherring.com

ATTORNEY FOR BOBBY FRANKLIN MYERS, JR. & BARBARA ANN MYERS

/s/ Colin Dean
Brian A. Wahl (WAH003)
Colin T. Dean (DEA043)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Phone: 205-521-8000
Fax: 205-521-8800
bwahl@babc.com
cdean@babc.com

ATTORNEYS FOR NATIONSTAR MORTGAGE, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of November, 2015, I served a copy of the foregoing via the Court's electronic filing system upon the following:

Gregory C. Cook, Esq.
G. Lane Knight, Esq.
Ginny Willcox Leavens, Esq.
BALCH & BINGHAM, LLP
P.O. Box 306
Birmingham, Alabama 35201-0306

/s/ Colin Dean
OF COUNSEL

2